

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00258-CV

**JODY HOOVER AND CRYSTAL HOOVER,**

**Appellants**

 **v.**

**LPP MORTGAGE LTD,**

**Appellee**

**From the 13th District Court
Navarro County, Texas
Trial Court No. D14-23180-CV**

## MEMORANDUM OPINION

Appellants Jody and Crystal Hoover filed a notice of appeal on July 28, 2016, stating that they intended to appeal from the trial court's granting of summary judgment in favor of Appellee LPP Mortgage Ltd. Subsequently, on September 30, 2016, Appellants filed a "Suggestion of Bankruptcy," stating that they had filed a bankruptcy proceeding but that they did not have the case number yet. The document also did not contain the court in which the bankruptcy proceeding was pending, the bankruptcy proceeding's style, or the date when the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.1.

The Clerk of this Court sent Appellants a letter on November 16, 2016, that stated: "As of this date, the Court has not had any further communication from the parties. Accordingly, Appellants are requested to provide a status report to the Court within 14 days of the date of this letter on the status of the bankruptcy proceeding." No response was provided.

The Clerk of this Court therefore sent a second letter to the parties on March 22, 2017, notifying Appellants that if a status report was not filed within ten days of the date of the letter, this appeal would be dismissed without further notification. *See* TEX. R. APP. P. 42.3(b), (c). The second letter stated: "Because Appellants have not provided the information required in its notice of bankruptcy, *see* TEX. R. APP. P. 8.1., the Court does not believe that it is stayed from dismissing this appeal and further questions whether there is a pending bankruptcy." No response was filed. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 19, 2017
[CV06]

